UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MIKE MORGAN, | No. 2:23-cv-01309-DAD-EFB (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JEFFERY MACOMBER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. On August 28, 2023, the court dismissed plaintiff's complaint with leave to amend within 30 days. ECF No. 9. Plaintiff failed to timely file an amended complaint, and the undersigned recommended that the case be dismissed without prejudice on November 29, 2023. ECF No. 13. Plaintiff now seeks a 60-day extension of time, presumably to file objections to the findings and recommendations. ECF No. 14. Plaintiff states that he has been placed in restricted housing and lacks access to all of his legal material.

Plaintiff's request is GRANTED, and plaintiff shall file objections to the November 29, 2023 findings and recommendations, if any, on or before February 16, 2024. No further extensions of time will be granted absent a showing of exceptional circumstances.

So ordered.

Dated: December 15, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1